# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YAMISE K. ROGERS<br>651 Morton Street, N.W., Appt. 23<br>Washington, D.C. 20012<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES D.C. GOVERNMENT[1]<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>       Defendant. | Civil Action No. 19-2026 |

## NOTICE OF APPEARANCE

Assistant United States Attorney Matthew Kahn respectfully requests that the Clerk of Court please enter his appearance as counsel for Defendant in the above-captioned case.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By: __/s/_____
MATTHEW KAHN
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-6718
Email: Matthew.Kahn@usdoj.gov

---

[1] Although Plaintiff names the "United States D.C. Government" as Defendant, Plaintiff appears to be naming the United States Attorney's Office for the District of Columbia based on the address in the caption as well as the allegations in the complaint. *See* Complaint, Exhibit A, Page 1-4.